# BARNES & THORNBURG LLP



2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904 U.S.A.
(310) 284-3880
Fax (310) 284-3894

www.btlaw.com

October 26, 2018

| | |
|---|---|
| RODRIGO RAQUEDAN, on behalf of himself, all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>CENTERPLATE OF DELAWARE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants.* | CASE NO. 5:17-cv-03828-LHK<br><br>CLASS ACTION<br>ORDER RE<br>~~PROPOSED~~ SCHEDULE REGARDING DOCUMENT PRODUCTION<br><br>Complaint Filed: May 24, 2017<br>Date of Removal: July 5, 2017<br>Trial Date: September 27, 2019 |

To the Honorable Court:

Pursuant to the Magistrate Judge Virginia DeMarchi's October 23, 2018 Order in the above-captioned matter, Defendant Centerplate proposes the following schedule for production of the remaining PDF records discussed during the October 23, 2018 hearing:

1) Centerplate will produce all of the available PDF time records with only the names of the employees who have opted out redacted by no later than November 21, 2018, but will provide these records on a rolling basis as they are redacted. As agreed amongst counsel, Centerplate will prioritize the records for Qualcomm Stadium, Levi's Stadium, and AT&T Park, the locations to which Plaintiffs have limited their certification motion.

BARNES & THORNBURG LLP

BY: /s/ STEVE L. HERNANDEZ
SCOTT J. WITLIN
STEVE L. HERNANDEZ
Attorneys for Defendant
CENTERPLATE OF DELAWARE, INC.