United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONIQUE RAQUEDAN, et al., <br> Plaintiffs, <br> v. <br> CENTERPLATE OF DELAWARE INC, <br> Defendant. | Case No.17-cv-03828-LHK (VKD) <br><br> **ORDER SETTING NOVEMBER 13, 2018 TELEPHONIC DISCOVERY HEARING** <br><br> Re: Dkt. No. 97 |

The Court hereby sets a telephonic discovery hearing for **November 13, 2018, 4:00 p.m.** to discuss the parties' November 12, 2018 Joint Discovery Letter Brief (Dkt. No. 97). Counsel shall arrange for appearance via CourtCall, 866-582-6878,

**IT IS SO ORDERED.**

Dated: November 13, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge