1  (*Counsel of record on next page*)

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  RODRIGO RAQUEDAN *et al.*,                    No. 5:17-cv-03828-LHK

12           Plaintiffs,                          **OBJECTION TO AND REQUEST TO STRIKE RENEE MARQUEZ'S UNTIMELY REPLY IN SUPPORT OF MOTION TO INTERVENE (ECF 140)**

13      v.

14  CENTERPLATE OF DELAWARE, INC., *et al.*,

15           Defendants.

16

SHAUN SETAREH (Cal. State Bar No. 204514)
THOMAS SEGAL (Cal. State Bar No. 222791)
FARRAH GRANT (Cal. State Bar No. 293898)
ASHLEY N. BATISTE (Cal. State Bar No. 317526)
SETAREH LAW GROUP
315 S. Beverly Drive, Suite 315
Beverly Hills, California  90212
Telephone:  (310) 888-7771
Facsimile:  (310) 888-0109
shaun@setarehlaw.com
thomas@setarehlaw.com
farrah@setarehlaw.com
ashley@setarehlaw.com

Attorneys for Plaintiffs Rodrigo Raquedan,
Monique Raquedan and Ronald Martinez

JEFFREY D. WOHL (Cal. State Bar No. 096838)
ZINA DELDAR (Cal. State Bar No. 282637)
JANA B. FITZGERALD (Cal. State Bar No. 314085)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:     (415) 856-7000
Facsimile:     (415) 856-7100
jeffwohl@paulhastings.com
zinadeldar@paulhastings.com
janafitzgerald@paulhastings.com

Attorneys for Defendant
Centerplate of Delaware, Inc.

Plaintiffs Rodrigo Raquedan, Monique Raquedan and Ronald Martinez ("Plaintiffs") and defendant Centerplate of Delaware, Inc. ("Centerplate"), hereby object to the untimely reply filed by proposed plaintiff and intervenor Renee Marquez ("Marquez") in support of her motion to intervene on March 21, 2019 (ECF 140) and request that the reply be stricken. In support of their objection and request to strike, Plaintiffs and Centerplate show the following:

1. On November 27, 2018, Marquez filed her motion to intervene in this action (ECF 106). When the motion was filed, the Clerk published the following as part of the docket entry:

> MOTION to Intervene filed by Renee Marquez. Motion Hearing set for 1/3/2019 09:00 AM in San Jose, Courtroom 8, 4th Floor before Judge Lucy H. Koh. Responses due by 12/20/2018. Replies due by 12/27/2018.

2. On November 28, 2018, the Court *sua sponte* rescheduled the hearing on the motion to March 14, 2019. (ECF 107.) At the time, the Court did not extend the deadlines for the opposition to the motion and the reply in support of the motion.

3. Plaintiffs timely filed their opposition to the motion on December 11, 2018 (ECF 117) and Centerplate timely filed its opposition to the motion on December 20, 2018 (ECF 121). Marquez did not file a reply in support of the motion by the December 27, 2018 deadline set by the Court.

4. On February 8, 2019, the Court, acting on the stipulation of all parties, including Marquez, continued the hearing on the motion to April 4, 2019. (ECF 131.) At the time, Marquez did not ask for, and the Court did not order, an extension of time for Marquez's reply in support of the motion, pursuant to the Court's Local Rule L.R. 6-1 or otherwise.

5. Accordingly, Marquez's reply in support of the motion, filed on March 21, 2019, without leave of Court for good cause shown, is untimely and should be stricken.

Pursuant to L.R. 5-1(i)(3), I, Jeffrey D. Wohl, attest that all other signatories listed concur in the filing's content and have authorized the filing.

///

///

///

///

///

Dated: March 26, 2019.

SHAUN SETAREH
THOMAS SEGAL
FARRAH GRANT
ASHLEY N. BATISTE
SETAREH LAW GROUP

By: /s/ *Shaun Setareh*
Attorneys for Plaintiffs Rodrigo Raquedan, Monique Raquedan and Ronald Martinez

Dated: March 26, 2019.

JEFFREY D. WOHL
ZINA DELDAR
JANA B. FITZGERALD
PAUL HASTINGS LLP

By: /s/ *Jeffrey D. Wohl*
Attorneys for Defendant Centerplate of Delaware, Inc.