UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONIQUE RAQUEDAN, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> CENTERPLATE OF DELAWARE INC, <br><br>   Defendant. | Case No. 17-CV-03828-LHK <br><br> **JUDGMENT** |

On December 16, 2019, the Court granted the motion for final approval of class action settlement and the motion for attorney's fees, costs, and class representative plaintiff awards. ECF No. 184.  Accordingly, the Clerk shall enter judgment in this case and close the file.

**IT IS SO ORDERED.**

Dated: December 16, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-CV-03828-LHK
JUDGMENT

1